UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SHEET METAL, AIR, RAIL AND
TRANSPORTATION WORKER LOCAL
UNION NO.137, et al.,

                       Plaintiffs,                    15 CV 7002 (SJ) (CLP)

    -against-                             **ORDER ADOPTING**
                                                      **REPORT AND**
                                                      **RECOMMENDATION**
ROBERT BURGIE, et al.,

                       Defendants.
-------------------------------------------------------X
A P P E A R A N C E S

A P P E A R A N C E S
COLLERAN, O'HARA & MILLS, LLP
1225 Franklin Avenue
Suite 450
Garden City, NY 11530
By: John Stackpole Groarke
*Attorneys for Plaintiff*

JOHNSON, Senior District Judge:

       Presently before the Court is a Report and Recommendation ("Report") prepared by Magistrate Judge Cheryl Pollak. Judge Pollak issued the Report on August 29, 2017, and provided the parties with the requisite amount of time to file objections. None of the parties filed any objections to the Report. For the reasons stated herein, this Court affirms and adopts the Report in its entirety.

       A district court judge may designate a magistrate judge to hear and determine certain motions pending before the Court and to submit to the Court proposed findings

of fact and a recommendation as to the disposition of the motion.  See 28 U.S.C. § 636(b)(1).  Within 10 days of service of the recommendation, any party may file written objections to the magistrate's report.  See id.  Upon *de novo* review of those portions of the record to which objections were made, the district court judge may affirm or reject the recommendations.  See id.  The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the report and recommendation to which no objections are addressed.  See Thomas v. Arn, 474 U.S. 140, 150 (1985).  In addition, failure to file timely objections may waive the right to appeal this Court's Order.  See 28 U.S.C. § 636(b)(1); Small v. Sec'y of Health and Human Servs., 892 F.2d 15, 16 (2d Cir. 1989).

In this case, objections to Magistrate Judge Pollak's recommendations were due on September 12, 2017.  No objections to the Report were filed with this Court.  Upon review of the recommendations, this Court adopts and affirms Magistrate Judge Pollak's Report in its entirety.  Plaintiff's motion for default judgment is denied without prejudice.

SO ORDERED.

Dated: March 30, 2018             _____/s/_____
    Brooklyn, NY                   Sterling Johnson, Jr., U.S.D.J.